Case 23-1039, Document 4, 07/17/2023, 3544119, Page1 of 27

**Query**　　**Reports**　　**Utilities**　　**Help**　　**What's New**　　**Log Out**

ECF,REOPEN

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:17-cv-06903-RJS

| | |
|---|---|
| Oakley v. Dolan et al | Date Filed: 09/12/2017 |
| Assigned to: Judge Richard J. Sullivan | Jury Demand: Plaintiff |
| Cause: 42:12132 Americans with Disabilities Act - Discrimination | Nature of Suit: 320 Assault Libel & Slander |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Charles Oakley**　　　　　　　　represented by　**Alex Jeffrey Hartzband**
　　　　　　　　　　　　　　　　　　　　　　　Faruqi & Faruqi, LLP
　　　　　　　　　　　　　　　　　　　　　　　685 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　Ste 26th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　　　　212-983-9330
　　　　　　　　　　　　　　　　　　　　　　　Email: ahartzband@faruqilaw.com
　　　　　　　　　　　　　　　　　　　　　　　*TERMINATED: 01/19/2018*

　　　　　　　　　　　　　　　　　　　　　　　**Kenneth Daniel Walsh**
　　　　　　　　　　　　　　　　　　　　　　　Wigdor LLP
　　　　　　　　　　　　　　　　　　　　　　　85 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　　　　5th fl.
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10003
　　　　　　　　　　　　　　　　　　　　　　　(212)-257-6800
　　　　　　　　　　　　　　　　　　　　　　　Fax: (212)-257-6845
　　　　　　　　　　　　　　　　　　　　　　　Email: kwalsh@wigdorlaw.com
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　**Marjorie Mesidor**
　　　　　　　　　　　　　　　　　　　　　　　Wigdor LLP
　　　　　　　　　　　　　　　　　　　　　　　85 Fifth Avenue
　　　　　　　　　　　　　　　　　　　　　　　Fifth Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10003
　　　　　　　　　　　　　　　　　　　　　　　212-257-6800
　　　　　　　　　　　　　　　　　　　　　　　Email: mmesidor@wigdorlaw.com
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　**Nelson Andrew Boxer**
　　　　　　　　　　　　　　　　　　　　　　　Petrillo Klein & Boxer LLP
　　　　　　　　　　　　　　　　　　　　　　　655 Third Ave, 22nd Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10017

212-370-0338
Fax: 212-370-0391
Email: nboxer@pkbllp.com
*ATTORNEY TO BE NOTICED*

**Renan F Varghese**
Wigdor LLP
85 Fifth Avenue
5th fl.
New York, NY 10003
(212) 257-6824
Fax: (212) 257-6845
Email: rvarghese@wigdorlaw.com
*ATTORNEY TO BE NOTICED*

**Douglas Holden Wigdor**
Wigdor LLP
85 Fifth Avenue
5th fl.
New York, NY 10003
212-239-9292
Fax: 212-239-9001
Email: dwigdor@wigdorlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**James Dolan**                    represented by    **Jim Walden**
*in his individual capacity*                         Walden Macht & Haran LLP
                                                     250 Vesey
                                                     27th Floor
                                                     New York, NY 10281
                                                     212-335-2031
                                                     Fax: 212-335-2040
                                                     Email: jwalden@wmhlaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Randy M. Mastro**
                                                     Gibson, Dunn & Crutcher, LLP (NY)
                                                     200 Park Avenue
                                                     New York, NY 10166
                                                     212-351-5391
                                                     Fax: 212-351-5328
                                                     Email: rmastro@kslaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

Case 23-1039, Document 4, 07/17/2023, 3544119, Page3 of 27

**Akiva Shapiro**
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166
(212) 351-3830
Fax: (212) 351-4035
Email: ashapiro@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Declan T. Conroy**
Gibson, Dunn & Crutcher, LLP (NY)
200 Park Avenue
New York, NY 10166
(212)-351-2480
Fax: (212)-817-9480
Email: dconroy@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Grace Elizabeth Hart**
Gibson, Dunn & Crutcher, LLP (NY)
200 Park Avenue
New York, NY 10166
212-351-6372
Email: GHart@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Lauren Kobrick Myers**
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212-790-5379
Fax: 212-556-2222
Email: lmyers@kslaw.com
*ATTORNEY TO BE NOTICED*

**Milton L. Williams , Jr**
Walden Macht & Haran LLP
250 Vesey St
27th Floor
New York, NY 10281
212-335-2030
Fax: 212-335-2040
Email: mwilliams@wmhlaw.com
*ATTORNEY TO BE NOTICED*

**Sarah L. Kushner**
DOJ-USAO
1 Saint Andrews Plaza
New York, NY 10001

Case 23-1039, Document 4, 07/17/2023, 3544119, Page4 of 27

212-637-2676
Email: skushner@gibsondunn.com
*TERMINATED: 12/21/2020*

**Defendant**

**James Dolan**                    represented by    **Jim Walden**
*in his professional capacity*                      (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Randy M. Mastro**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Akiva Shapiro**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Casey Kyung-Se Lee**
                                                    King & Spalding LLP
                                                    1185 Avenue of the Americas
                                                    34th Floor
                                                    New York, NY 10036
                                                    212-556-2284
                                                    Email: clee@kslaw.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Declan T. Conroy**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Grace Elizabeth Hart**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Milton L. Williams , Jr**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Sarah L. Kushner**
                                                    (See above for address)
                                                    *TERMINATED: 12/21/2020*

**Defendant**

**MSG Networks, Inc.**             represented by    **Jim Walden**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

Case 23-1039, Document 4, 07/17/2023, 3544119, Page5 of 27

**Randy M. Mastro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Akiva Shapiro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Kyung-Se Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Declan T. Conroy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grace Elizabeth Hart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Kobrick Myers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Milton L. Williams , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah L. Kushner**
(See above for address)
*TERMINATED: 12/21/2020*

**Defendant**

**The Madison Square Garden**            represented by **Jim Walden**
**Company**                                              (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Randy M. Mastro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Akiva Shapiro**
(See above for address)
*ATTORNEY TO BE NOTICED*

Case 23-1039, Document 4, 07/17/2023, 3544119, Page6 of 27

**Casey Kyung-Se Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Declan T. Conroy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grace Elizabeth Hart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Kobrick Myers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Milton L. Williams , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah L. Kushner**
(See above for address)
*TERMINATED: 12/21/2020*

**Defendant**

**MSG Sports & Entertainment, LLC**          represented by **Jim Walden**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randy M. Mastro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Akiva Shapiro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Kyung-Se Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Declan T. Conroy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grace Elizabeth Hart**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Lauren Kobrick Myers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Milton L. Williams , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah L. Kushner**
(See above for address)
*TERMINATED: 12/21/2020*

**Miscellaneous**

**Douglas H. Wigdor**                 represented by  **Michael Steven Ross**
                                      Law Offices of Michael S. Ross
                                      60 East 42nd Street, Fl. 47
                                      New York, NY 10165
                                      (212)-505-4060
                                      Fax: (212)-505-4054
                                      Email: michaelross@rosslaw.org
                                      *LEAD ATTORNEY*
                                      *ATTORNEY TO BE NOTICED*

                                      **Eugene Alexander Gormakh**
                                      Law Offices of Michael S. Ross
                                      60 East 42nd Street
                                      New York, NY 10165
                                      (212)-505-4135
                                      Fax: (212)-505-4054
                                      Email: eugenegormakh@rosslaw.org
                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/12/2017 | 1 | COMPLAINT against James Dolan(in his professional capacity), James Dolan (in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Filing Fee $ 400.00, Receipt Number 0208-14114283)Document filed by Charles Oakley. (Wigdor, Douglas) (Entered: 09/12/2017) |
| 09/12/2017 | 2 | CIVIL COVER SHEET filed. (Wigdor, Douglas) (Entered: 09/12/2017) |
| 09/12/2017 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to James Dolan, re: 1 Complaint,. Document filed by Charles Oakley. (Wigdor, Douglas) (Entered: 09/12/2017) |
| 09/12/2017 | 4 | |

Case 23-1039, Document 4, 07/17/2023, 3544119, Page8 of 27

| | | |
|---|---|---|
| | | REQUEST FOR ISSUANCE OF SUMMONS as to MSG Networks, Inc., re: 1 Complaint,. Document filed by Charles Oakley. (Wigdor, Douglas) (Entered: 09/12/2017) |
| 09/12/2017 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to The Madison Square Garden Company, re: 1 Complaint,. Document filed by Charles Oakley. (Wigdor, Douglas) (Entered: 09/12/2017) |
| 09/12/2017 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to MSG Sports & Entertainment, LLC, re: 1 Complaint,. Document filed by Charles Oakley. (Wigdor, Douglas) (Entered: 09/12/2017) |
| 09/12/2017 | 7 | NOTICE OF APPEARANCE by Renan F Varghese on behalf of Charles Oakley. (Varghese, Renan) (Entered: 09/12/2017) |
| 09/12/2017 | 8 | NOTICE OF APPEARANCE by Alex Jeffrey Hartzband on behalf of Charles Oakley. (Hartzband, Alex) (Entered: 09/12/2017) |
| 09/13/2017 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Richard J. Sullivan. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (kl) (Entered: 09/13/2017) |
| 09/13/2017 | | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (kl) (Entered: 09/13/2017) |
| 09/13/2017 | | Case Designated ECF. (kl) (Entered: 09/13/2017) |
| 09/13/2017 | 9 | ELECTRONIC SUMMONS ISSUED as to James Dolan(in his professional capacity), James Dolan(in his individual capacity). (kl) (Entered: 09/13/2017) |
| 09/13/2017 | 10 | ELECTRONIC SUMMONS ISSUED as to MSG Networks, Inc.. (kl) (Entered: 09/13/2017) |
| 09/13/2017 | 11 | ELECTRONIC SUMMONS ISSUED as to The Madison Square Garden Company. (kl) (Entered: 09/13/2017) |
| 09/13/2017 | 12 | ELECTRONIC SUMMONS ISSUED as to MSG Sports & Entertainment, LLC. (kl) (Entered: 09/13/2017) |
| 09/14/2017 | 13 | NOTICE OF APPEARANCE by Milton L. Williams, Jr on behalf of James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Williams, Milton) (Entered: 09/14/2017) |
| 09/14/2017 | 14 | NOTICE OF APPEARANCE by James Walden on behalf of James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Walden, James) (Entered: 09/14/2017) |

Case 23-1039, Document 4, 07/17/2023, 3544119, Page9 of 27

| 09/18/2017 | 15 | ORDER: IT IS HEREBY ORDERED THAT Plaintiff shall file affidavits of service forthwith. IT IS FURTHER ORDERED THAT the parties shall appear for an initial conference on Thursday, October 19, 2017 at 9:30 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. IT IS FURTHER ORDERED THAT, by October 12, 2017, the parties shall jointly submit a letter, not to exceed five (5) pages, providing the following information in separate paragraphs: A brief statement of the nature of the action and the principal defenses thereto...The estimated length of trial; and any other information that the parties believe may assist this Court in resolving this action. IT IS FURTHER ORDERED THAT, by October 12, 2017, the parties shall submit to the Court a proposed case management plan and scheduling order. A template for the order is available at: http://www.nysd.uscourts.gov/judge/Sullivan, and as further set forth herein. (Initial Conference set for 10/19/2017 at 09:30 AM in Courtroom 905, 40 Centre Street, New York, NY 10007 before Judge Richard J. Sullivan.) (Signed by Judge Richard J. Sullivan on 9/18/2017) (ras) (Entered: 09/18/2017) |
| --- | --- | --- |
| 09/18/2017 | 16 | FIRST LETTER MOTION for Extension of Time to File Response/Reply *to Complaint* addressed to Judge Richard J. Sullivan from Jim Walden dated 9/18/2017. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.(Walden, James) (Entered: 09/18/2017) |
| 09/18/2017 | 17 | ORDER granting 16 Letter Motion for Extension of Time to File Response/Reply. The request is GRANTED. Defendants shall answer or otherwise respond to the complaint no later than November 13, 2017. As set forth in the Court's September 18, 2017 order (Doc. No. 15), the parties shall submit their joint letter and proposed case-management plan no later than November 21, 2017. The initial conference currently scheduled for October 19, 2017 is adjourned to November 28, 2017 at 1:00 p.m. (Signed by Judge Richard J. Sullivan on 9/18/2017) (mro) (Entered: 09/19/2017) |
| 09/18/2017 | | Set/Reset Deadlines: James Dolan(in his professional capacity) answer due 11/13/2017; James Dolan(in his individual capacity) answer due 11/13/2017; MSG Networks, Inc. answer due 11/13/2017; MSG Sports & Entertainment, LLC answer due 11/13/2017; The Madison Square Garden Company answer due 11/13/2017. (mro) (Entered: 09/19/2017) |
| 09/18/2017 | | Set/Reset Hearings: Initial Conference set for 11/28/2017 at 01:00 PM before Judge Richard J. Sullivan. (mro) (Entered: 09/19/2017) |
| 09/25/2017 | 18 | NOTICE OF APPEARANCE by Randy M. Mastro on behalf of James Dolan (in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Mastro, Randy) (Entered: 09/25/2017) |
| 11/13/2017 | 19 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated November 13, 2017 re: Pre-Motion Letter. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG |

Case 23-1039, Document 4, 07/17/2023, 3544119, Page10 of 27

| | | Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.(Mastro, Randy) (Entered: 11/13/2017) |
|---|---|---|
| 11/14/2017 | 20 | NOTICE OF APPEARANCE by Sarah Kushner on behalf of James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Kushner, Sarah) (Entered: 11/14/2017) |
| 11/14/2017 | 21 | LETTER addressed to Judge Richard J. Sullivan from Renan F. Varghese dated November 14, 2017 re: Request for Extension of Time to Respond to Defendants' Request for Pre-motion Conference. Document filed by Charles Oakley.(Varghese, Renan) (Entered: 11/14/2017) |
| 11/14/2017 | 23 | MEMO ENDORSEMENT on re: 21 Letter filed by Charles Oakley. ENDORSEMENT: Plaintiff shall respond to Defendants' premotion letter no later than December 1, 2017. As set forth in the Court's September 18, 2017 order, the parties shall submit their joint letter and proposed-case management plan no later than December 13, 2017. The initial conference currently scheduled for November 28, 2017 is adjourned to December 20, 2017 at 9:30 a.m. and shall also function as a premotion conference for Defendants' contemplated motion to dismiss. The Court finds that the presumption in favor of open records has been overcome by the privacy interests presented by the redacted material in this letter and grants Plaintiff's sealing request. (Initial Conference set for 12/20/2017 at 09:30 AM before Judge Richard J. Sullivan.) (Signed by Judge Richard J. Sullivan on 11/14/2017) (ras) Modified on 12/18/2017 (ras). (Entered: 11/15/2017) |
| 11/15/2017 | 22 | NOTICE OF APPEARANCE by Kenneth Daniel Walsh on behalf of Charles Oakley. (Walsh, Kenneth) (Entered: 11/15/2017) |
| 12/01/2017 | 24 | LETTER addressed to Judge Richard J. Sullivan from Renan F. Varghese dated December 1, 2017 re: Opposition to Defendants' November 13, 2017 Pre-Motion Conference Letter. Document filed by Charles Oakley.(Varghese, Renan) (Entered: 12/01/2017) |
| 12/13/2017 | 25 | JOINT LETTER addressed to Judge Richard J. Sullivan from Plaintiff & Defendants dated December 13, 2017 re: Joint Letter + Proposed CMP. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Attachments: # 1 Text of Proposed Order Joint Proposed CMP)(Mastro, Randy) (Entered: 12/13/2017) |
| 12/16/2017 | 26 | FIRST LETTER MOTION to Adjourn Conference addressed to Judge Richard J. Sullivan from Randy M. Mastro dated December 15, 2017. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.(Mastro, Randy) (Entered: 12/16/2017) |
| 12/18/2017 | 27 | ORDER granting 26 Letter Motion to Adjourn Conference. The premotion conference is adjourned to January 12, 2018 at 2:30 p.m. The deadline for initial disclosures is adjourned to January 19, 2018. (Pre-Motion Conference |

| | | |
|---|---|---|
| | | set for 1/12/2018 at 02:30 PM before Judge Richard J. Sullivan.) (Signed by Judge Richard J. Sullivan on 12/18/2017) (ras) (Entered: 12/18/2017) |
| 01/12/2018 | | Minute Entry for proceedings held before Judge Richard J. Sullivan: Premotion Conference held on 1/12/2018. Renan Varghese and Douglas Wigdor present for Plaintiff. Randy Mastro and Sarah Kushner present for Defendants. Court reporter present. The Court held a premotion conference on Defendants' contemplated motion to dismiss. The parties shall submit a joint letter to the Court by January 19, 2018, updating the Court as to: (1) whether plaintiff wishes to amend his complaint, (2) the type of motion Defendants wish to make, (3) a proposed briefing schedule, and (4) whether the Court should stay discovery. (Nessim, Daniel) Modified on 1/12/2018 (Skolnik, Brandon). (Entered: 01/12/2018) |
| 01/16/2018 | 28 | MOTION for Alex J. Hartzband to Withdraw as Attorney . Document filed by Charles Oakley.(Varghese, Renan) (Entered: 01/16/2018) |
| 01/19/2018 | 29 | JOINT LETTER addressed to Judge Richard J. Sullivan from Douglas H. Wigdor dated January 19, 2018 re: Status Update Pursuant to the Court's January 12, 2018 Order. Document filed by Charles Oakley.(Wigdor, Douglas) (Entered: 01/19/2018) |
| 01/19/2018 | 30 | MEMO ENDORSEMENT on re: 29 Letter filed by Charles Oakley. ENDORSEMENT: SO ORDERED. ( Amended Pleadings due by 2/9/2018.) (Signed by Judge Richard J. Sullivan on 1/19/2018) (mro) (Main Document 30 replaced on 1/22/2018) (mro). (Entered: 01/22/2018) |
| 01/19/2018 | 31 | MEMO ENDORSEMENT granting 28 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Alex Jeffrey Hartzband terminated. (Signed by Judge Richard J. Sullivan on 1/19/2018) (mro) (Entered: 01/22/2018) |
| 02/02/2018 | 32 | NOTICE OF CHANGE OF ADDRESS by Kenneth Daniel Walsh on behalf of Charles Oakley. New Address: Wigdor LLP, 85 Fifth Avenue, Fifth Floor, New York, NY, United States 10003, 212-257-6800. (Walsh, Kenneth) (Entered: 02/02/2018) |
| 02/07/2018 | | ***DELETED DOCUMENT. Deleted document number 33 Transcript. The document was incorrectly filed in this case. (ras) (Entered: 03/05/2018) |
| 02/07/2018 | | ***DELETED DOCUMENT. Deleted document number 34 Notice. The document was incorrectly filed in this case. (ras) (Entered: 03/05/2018) |
| 02/09/2018 | 35 | LETTER addressed to Judge Richard J. Sullivan from Douglas H. Wigdor dated February 9, 2018 re: Plaintiff's Amended Complaint. Document filed by Charles Oakley.(Wigdor, Douglas) (Entered: 02/09/2018) |
| 02/09/2018 | 36 | AMENDED COMPLAINT amending 1 Complaint, against James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company with JURY DEMAND.Document filed by Charles Oakley. Related document: 1 Complaint,.(Wigdor, Douglas) (Entered: 02/09/2018) |
| 02/28/2018 | 37 | |

| | | |
|---|---|---|
| | | JOINT LETTER addressed to Judge Richard J. Sullivan from Randy Mastro & Douglas Wigdor dated February 28, 2018 re: Oakley v. Dolan, et al., 17-cv-6903 (RJS). Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.(Mastro, Randy) (Entered: 02/28/2018) |
| 03/05/2018 | 38 | ORDER: The Court has reviewed the parties' joint letter proposing a briefing schedule and explaining the parties' respective positions on whether discovery should be stayed pending the disposition of Defendants' contemplated motion to dismiss. (Doc. No. 37.) Accordingly, IT IS HEREBY ORDERED THAT Defendants' opening brief is due by Friday, March 30, 2018, Plaintiff's opposition brief is due by Thursday, May 24, 2018, and Defendants' reply brief is due by Monday, June 11, 2018. IT IS FURTHER ORDERED THAT discovery will be stayed pending the disposition of Defendants' motion to dismiss the amended complaint. The Court is confident that neither party will be prejudiced by such a stay and that discovery will proceed more efficiently when there is greater clarity as to the viable causes of action in the amended complaint. ( Motions due by 3/30/2018., Responses due by 5/24/2018, Replies due by 6/11/2018.) (Signed by Judge Richard J. Sullivan on 3/5/2018) (mro) (Entered: 03/06/2018) |
| 03/21/2018 | 39 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated March 21, 2018 re: Oakley v. Dolan, et al., 17-cv-6903 (RJS). Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.(Mastro, Randy) (Entered: 03/21/2018) |
| 03/21/2018 | 40 | MEMO ENDORSEMENT on re: 39 Letter, filed by The Madison Square Garden Company, MSG Sports & Entertainment, LLC, MSG Networks, Inc., James Dolan. ENDORSEMENT: Although the Court is not at all persuaded that 40-page briefs are warranted, the parties seem resolved to litigate this case extravagantly, and apparently have the time and resources to do so. Accordingly, the parties' request for a 15-page extension is granted. Nevertheless, because the Court remains concerned that the parties' over-sized briefs will be tailored more to the court of public opinion than to the United States District Court for the Southern District of New York, the Court reminds the parties that their submissions shall be limited to argument and authorities relevant to the pending motion. (Signed by Judge Richard J. Sullivan on 3/21/2018) (ras) (Entered: 03/22/2018) |
| 03/30/2018 | 41 | MOTION to Dismiss *Plaintiff's Amended Complaint*. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.(Mastro, Randy) (Entered: 03/30/2018) |
| 03/30/2018 | 42 | MEMORANDUM OF LAW in Support re: 41 MOTION to Dismiss *Plaintiff's Amended Complaint*. . Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Mastro, Randy) (Entered: 03/30/2018) |

| | | |
|---|---|---|
| 03/30/2018 | 43 | DECLARATION of Sarah L. Kushner in Support re: 41 MOTION to Dismiss *Plaintiff's Amended Complaint*.. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Attachments: # 1 Exhibit 1- ESPN Broadcast, # 2 Exhibit 2- MSG Footage, # 3 Exhibit 3- NYT's Video, # 4 Exhibit 4- YouTube Video, # 5 Exhibit 5- Security Footage, # 6 Exhibit 6- ESPN Interview, # 7 Exhibit 7- Criminal Complaint, # 8 Exhibit 8- Trespass Notice, # 9 Exhibit 9- Nev. D. Ct. Pleading Excerpts, # 10 Exhibit 10- Nev. D. Ct. Complaint, # 11 Exhibit 11- Oakley Website Information, # 12 Exhibit 12- Rebound Institute Website Information, # 13 Exhibit 13- Rebound Institute Twitter Information, # 14 Exhibit 14- Ticket Language, # 15 Exhibit 15- Email Chain)(Mastro, Randy) (Entered: 03/30/2018) |
| 03/30/2018 | 44 | DECLARATION of Jim Walden in Support re: 41 MOTION to Dismiss *Plaintiff's Amended Complaint*.. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Mastro, Randy) (Entered: 03/30/2018) |
| 04/03/2018 | 45 | NOTICE OF CHANGE OF ADDRESS by James Walden on behalf of All Defendants. New Address: Walden Macht & Haran LLP, One Battery Park Plaza, 34th Floor, New York, New York, United States of America 10004, (212) 335-2031. (Walden, James) (Entered: 04/03/2018) |
| 05/10/2018 | 46 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated May 10, 2018 re: Oakley v. Dolan, et al., 17-cv-6903 (RJS). Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Attachments: # 1 Attachment A, # 2 Attachment B)(Mastro, Randy) (Entered: 05/10/2018) |
| 05/17/2018 | 47 | LETTER addressed to Judge Richard J. Sullivan from Douglas H. Wigdor dated May 17, 2018 re: Request for Additional Pages. Document filed by Charles Oakley. (Attachments: # 1 Exhibit A (May 17, 2018 Email))(Wigdor, Douglas) (Entered: 05/17/2018) |
| 05/17/2018 | 49 | MEMO ENDORSEMENT on re: 47 Letter filed by Charles Oakley. ENDORSEMENT: Plaintiff's request for an additional five pages is denied; however, Plaintiff may use the same font sizes, margins, and spacing as Defendants used in their opening brief. (Signed by Judge Richard J. Sullivan on 5/17/2018) (ras) (Entered: 05/18/2018) |
| 05/18/2018 | 48 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated May 17, 2018 re: Oakley v. Dolan, et al., 17-cv-6903 (RJS). Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.(Mastro, Randy) (Entered: 05/18/2018) |
| 05/24/2018 | 50 | MEMORANDUM OF LAW in Opposition re: 41 MOTION to Dismiss *Plaintiff's Amended Complaint*. . Document filed by Charles Oakley. (Varghese, Renan) (Entered: 05/24/2018) |

| | | |
|---|---|---|
| 05/24/2018 | 51 | DECLARATION of Renan F. Varghese in Opposition re: 41 MOTION to Dismiss *Plaintiff's Amended Complaint*.. Document filed by Charles Oakley. (Attachments: # 1 Exhibit 1 (January 12, 2018 Court Transcript))(Varghese, Renan) (Entered: 05/24/2018) |
| 05/29/2018 | 52 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated May 29, 2018 re: Oakley v. Dolan, et al., 17-cv-6903 (RJS). Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.(Mastro, Randy) (Entered: 05/29/2018) |
| 05/30/2018 | 53 | MEMO ENDORSEMENT on re: 52 Letter, filed by The Madison Square Garden Company, MSG Sports & Entertainment, LLC, MSG Networks, Inc., James Dolan. ENDORSEMENT: IT IS HEREBY ORDERED THAT Defendants may have an additional five pages, for a total of fifteen pages, for their reply brief. SO ORDERED. (Signed by Judge Richard J. Sullivan on 5/30/2018) (rro) (Entered: 05/31/2018) |
| 06/11/2018 | 54 | REPLY MEMORANDUM OF LAW in Support re: 41 MOTION to Dismiss *Plaintiff's Amended Complaint*. . Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Mastro, Randy) (Entered: 06/11/2018) |
| 06/11/2018 | 55 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.(Mastro, Randy) (Entered: 06/11/2018) |
| 03/13/2019 | 56 | LETTER addressed to Judge Richard J. Sullivan from Douglas H. Wigdor dated March 13, 2019 re: Oakley v. Dolan. Document filed by Charles Oakley. (Attachments: # 1 Exhibit A - Fan Video, # 2 Exhibit B - New York Post Article)(Wigdor, Douglas) (Entered: 03/13/2019) |
| 03/13/2019 | 57 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated March 13, 2019 re: Oakley v. Dolan, et al., 17-cv-6903 (RJS). Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.(Mastro, Randy) (Entered: 03/13/2019) |
| 07/29/2019 | 58 | LETTER addressed to Judge Richard J. Sullivan from Douglas H. Wigdor dated July 29, 2019 re: Oakley v. Dolan. Document filed by Charles Oakley. (Wigdor, Douglas) (Entered: 07/29/2019) |
| 07/30/2019 | 59 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated July 30, 2019 re: Oakley v. Dolan, et al., 17-cv-6903 (RJS). Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.(Mastro, Randy) (Entered: 07/30/2019) |
| 09/04/2019 | 60 | NOTICE OF APPEARANCE by Nelson Andrew Boxer on behalf of Charles Oakley. (Boxer, Nelson) (Entered: 09/04/2019) |

Case 23-1039, Document 4, 07/17/2023, 3544119, Page15 of 27

| | | |
|---|---|---|
| 09/04/2019 | 61 | LETTER MOTION for Discovery addressed to Judge Richard J. Sullivan from Douglas H. Wigdor dated September 4, 2019. Document filed by Charles Oakley.(Wigdor, Douglas) (Entered: 09/04/2019) |
| 09/05/2019 | 62 | ORDER denying 61 Letter Motion for Discovery. Because the Court will rule on Defendants' motion to dismiss imminently, IT IS HEREBY ORDERED THAT Plaintiff's motion to vacate the stay of discovery is DENIED. So Ordered. (Signed by Judge Richard J. Sullivan on 9/5/19) (yv) (Entered: 09/05/2019) |
| 11/15/2019 | 63 | LETTER addressed to Judge Richard J. Sullivan from Nelson A. Boxer dated November 15, 2019 re: Oakley v. Dolan, et al., 17 Civ. 6903 (RJS). Document filed by Charles Oakley.(Boxer, Nelson) (Entered: 11/15/2019) |
| 11/18/2019 | 64 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated November 18, 2019 re: Oakley v. Dolan, et al., 17-cv-6903 (RJS). Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.(Mastro, Randy) (Entered: 11/18/2019) |
| 01/29/2020 | 65 | LETTER MOTION for Discovery addressed to Judge Richard J. Sullivan from Nelson A. Boxer dated January 29, 2020. Document filed by Charles Oakley. (Boxer, Nelson) (Entered: 01/29/2020) |
| 01/29/2020 | 66 | LETTER RESPONSE in Opposition to Motion addressed to Judge Richard J. Sullivan from Randy M. Mastro dated January 29, 2020 re: 65 LETTER MOTION for Discovery addressed to Judge Richard J. Sullivan from Nelson A. Boxer dated January 29, 2020. . Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Mastro, Randy) (Entered: 01/29/2020) |
| 02/19/2020 | 67 | ORDER denying 65 Letter Motion for Discovery. On September 5, 2019, the Court denied Plaintiff's September 4, 2019 motion to vacate the stay of discovery in this matter. (Doc. No. 62.) Plaintiff now moves the Court to reconsider that denial. Plaintiff's motion for reconsideration is untimely and is therefore DENIED. (See S.D. N. Y. Local Civil Rule 6.3.) To the extent that Plaintiff's letter can be construed as a new motion to vacate the stay order, that request is also DENIED as moot in light of the Court's opinion and order granting Defendants' motion to dismiss issued tandem with this order. The Clerk of Court is respectfully directed at document number 65. So Ordered. (Signed by Judge Richard J. Sullivan on 2/19/20) (yv) (Entered: 02/19/2020) |
| 02/19/2020 | 68 | OPINION AND ORDER re: 41 MOTION to Dismiss *Plaintiff's Amended Complaint*. filed by The Madison Square Garden Company, MSG Sports & Entertainment, LLC, MSG Networks, Inc., James Dolan. IT IS HEREBY ORDERED THAT Defendants' motion to dismiss is GRANTED. IT IS FURTHER ORDERED THAT Oakley's request for leave to file another amended complaint is DENIED. The Clerk of Court is respectfully directed to terminate the motion pending at document number 41 and to close this case. SO ORDERED. (Signed by Judge Richard J. Sullivan, Sitting by Designation |

| | | |
|---|---|---|
| | | on 2/19/20) (yv) Transmission to Orders and Judgments Clerk for processing. (Entered: 02/19/2020) |
| 02/20/2020 | 69 | CLERK'S JUDGMENT re: 68 Memorandum & Opinion in favor of MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company, James Dolan against Charles Oakley. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated February 19, 2020, Defendants' motion to dismiss is GRANTED. Oakleys request for leave to file another amended complaint is DENIED; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 2/20/2020) (Attachments: # 1 Right to Appeal) (km) (Entered: 02/20/2020) |
| 02/20/2020 | 70 | NOTICE OF APPEAL from 68 Memorandum & Opinion,, 69 Clerk's Judgment,,. Document filed by Charles Oakley. Filing fee $ 505.00, receipt number ANYSDC-18863736. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Wigdor, Douglas) (Entered: 02/20/2020) |
| 02/20/2020 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 70 Notice of Appeal. (tp) (Entered: 02/20/2020) |
| 02/20/2020 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 70 Notice of Appeal, filed by Charles Oakley were transmitted to the U.S. Court of Appeals. (tp) (Entered: 02/20/2020) |
| 11/16/2020 | 71 | USCA OPINION (Certified) as to 70 Notice of Appeal, filed by Charles Oakley USCA Case Number 20-642. Appeal from a judgment of the District Court for the Southern District of New York (Richard J. Sullivan, Judge), dismissing an amended complaint brought by Charles Oakley against MSG Networks, Inc., The Madison Square Garden Company, and MSG Sports & Entertainment, LLC and James Dolan. Reversed and remanded as to causes of action for assault and battery; affirmed as to all other causes of action in a summary order filed this date.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 11/16/2020. (Attachments: # 1 Summary Order).(nd) (Entered: 11/16/2020) |
| 11/16/2020 | | Transmission of USCA Opinion to the District Judge re: 71 USCA Opinion,,.. (nd) (Entered: 11/16/2020) |
| 11/25/2020 | 72 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated November 25, 2020 re: request for a pre-motion conference. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 11/25/2020) |
| 11/30/2020 | 73 | ORDER. Defendants' request for a pre-motion conference and stay of discovery is DENIED without prejudice to renewal following issuance of the Second Circuit's mandate. So Ordered. (Signed by Judge Richard J. Sullivan, Sitting by Designation on 11/25/20) (yv) (Entered: 11/30/2020) |
| 12/07/2020 | 74 | MANDATE of USCA (Certified Copy) as to 70 Notice of Appeal, filed by Charles Oakley USCA Case Number 20-0642. IT IS HEREBY ORDERED, |

|  |  | ADJUDGED and DECREED that the district court's judgment is REVERSED as to the causes of action for assault and battery and AFFIRMED as to other causes of action discussed in the accompanying summary order, and the case is REMANDED for further proceedings consistent with this Court's opinion. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 12/7/2020. (Attachments: # 1 OPINION, # 2 Summary Order). (tp) (Entered: 12/07/2020) |
| --- | --- | --- |
| 12/07/2020 |  | Transmission of USCA Mandate/Order to the District Judge re: 74 USCA Mandate. (tp) (Entered: 12/07/2020) |
| 12/07/2020 | 75 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated December 7, 2020 re: request for a pre-motion conference. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 12/07/2020) |
| 12/08/2020 | 76 | ORDER, IT IS HEREBY ORDERED THAT Plaintiff shall file a responsive letter by Friday, December 11, 2020. IT IS FURTHER ORDERED THAT the parties shall appear for a video conference on Friday, December 18, 2020 at 11:00 a.m. The Court will issue a separate order containing instructions for the parties to access the video conference and for members of the public to monitor the proceedings. SO ORDERED.( Telephone Conference set for 12/18/2020 at 11:00 AM before Judge Richard J. Sullivan.) (Signed by Judge Richard J. Sullivan, Sitting by Designation on 12/8/20) (yv) (Entered: 12/08/2020) |
| 12/08/2020 | 77 | LETTER addressed to Judge Richard J. Sullivan from Nelson A. Boxer dated 12/08/2020 re: Oakley v. Dolan, et al., 17-cv-06903 (RJS). Document filed by Charles Oakley..(Boxer, Nelson) (Entered: 12/08/2020) |
| 12/08/2020 | 78 | MEMO ENDORSEMENT on re: 77 Letter informing the Court that, unless there is objection from the Court, Allen, will be working with him on (and will file a Notice of Appearance in) this matter filed by Charles Oakley. ENDORSEMENT: As Mr. Allen was a student extern in the Court's chambers before the commencement of this case, and because Defendants do not object to his involvement, IT IS HEREBY ORDERED, that Mr. Allen may represent Plaintiff in this matter. So Ordered. (Signed by Judge Richard J. Sullivan, Sitting by Designation on 12/8/20) (yv) (Entered: 12/09/2020) |
| 12/09/2020 | 79 | ORDER. As indicated in the Court's previous order (Doc. No. 76), a conference in this matter is scheduled for Friday, December 18, 2020 at 11:00 a.m. In light of the ongoing COVID-19 pandemic and Chief Judge McMahon's most recent order regarding the curtailment of proceedings at the Courthouse (Standing Order at 1, Nov. 30, 2020), the conference shall take place via Skype for Business videoconference. No later than 5:00 p.m. on Wednesday, December 16, 2020, the parties shall jointly email to the Court a list of the names and email addresses of persons who anticipate speaking during the videoconference, as well as the phone numbers of those who will be participating via telephone conference. Chambers will email the parties directly in due course with further instructions for accessing the videoconference. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#. SO |

| | | ORDERED. (Signed by Judge Richard J. Sullivan, Sitting by Designation on 12/9/20) (yv) (Entered: 12/09/2020) |
|---|---|---|
| 12/09/2020 | 80 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated December 9, 2020 re: rescheduling of the video conference date. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 12/09/2020) |
| 12/10/2020 | 81 | MEMO ENDORSEMENT on re: 80 Letter rescheduling of the video conference date, filed by The Madison Square Garden Company, MSG Sports & Entertainment, LLC, MSG Networks, Inc., James Dolan. ENDORSEMENT: IT IS HEREBY ORDERED THAT the pre-motion conference in this matter will instead take place on Tuesday, December 22, 2020 at 10:00 a.m. via the Skype for Business videoconference system. No later than 5:00 p.m. on Friday, December 18, 2020, the parties shall jointly email to the Court a list of the names and email addresses of persons who anticipate speaking during the videoconference, as well as the phone numbers of those who will be participating via telephone conference. Chambers will email the parties directly in due course with further instructions for accessing the videoconference. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#. SO ORDERED., ( Telephone Conference set for 12/22/2020 at 10:00 AM before Judge Richard J. Sullivan.) (Signed by Judge Richard J. Sullivan, Sitting by Designation on 12/10/20) (yv) (Entered: 12/10/2020) |
| 12/11/2020 | 82 | LETTER addressed to Judge Richard J. Sullivan from Nelson A. Boxer dated 12/11/2020 re: Opposition to Request to Move for Summary Judgment and Discovery Stay. Document filed by Charles Oakley..(Boxer, Nelson) (Entered: 12/11/2020) |
| 12/11/2020 | 83 | LETTER addressed to Judge Richard J. Sullivan from Nelson A. Boxer dated 12/11/2020 re: Request to Move to File an Amended Complaint. Document filed by Charles Oakley. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Boxer, Nelson) (Entered: 12/11/2020) |
| 12/14/2020 | 84 | MEMO ENDORSEMENT on re: 83 Letter filed by Charles Oakley. ENDORSEMENT: In accordance with Rule 2.A. of the Court's Individual Rules and Practices, IT IS HEREBY ORDERED THAT Defendants shall file a response to this letter by Thursday, December 17, 2020. Plaintiff's anticipated motion to amend his complaint will be discussed along with Defendants' anticipated motion for summary judgment at the pre-motion conference on December 22, 2020 at 10:00 a.m. SO ORDERED. (Signed by Judge Richard J. Sullivan on 12/14/2020) (ks) (Entered: 12/14/2020) |
| 12/15/2020 | 85 | NOTICE OF APPEARANCE by Nelson Andrew Boxer on behalf of Charles Oakley..(Boxer, Nelson) (Entered: 12/15/2020) |
| 12/17/2020 | 86 | NOTICE OF APPEARANCE by Declan Thomas Conroy on behalf of James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Conroy, Declan) (Entered: 12/17/2020) |

| 12/17/2020 | 87 | MOTION for SARAH L. KUSHNER to Withdraw as Attorney . Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Attachments: # 1 Declaration of Randy M. Mastro, # 2 Text of Proposed Order).(Mastro, Randy) (Entered: 12/17/2020) |
|---|---|---|
| 12/17/2020 | 88 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated December 17, 2020 re: response to Plaintiff's request for leave to file a Second Amended Complaint. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.. (Mastro, Randy) (Entered: 12/17/2020) |
| 12/21/2020 | 89 | ORDER granting 87 Motion to Withdraw as Attorney. IT IS HEREBY ORDERED THAT Defendants' motion is granted, and the appearance of Ms. Kushner is withdrawn as of the date of this Order. SO ORDERED. ( Attorney Sarah L. Kushner terminated.) (Signed by Judge Richard J. Sullivan, Sitting by Designation on 12/21/20) (yv) Modified on 1/21/2021 (yv). (Entered: 12/22/2020) |
| 12/22/2020 |  | Minute Entry for proceedings held before Judge Richard J. Sullivan: Pre-Motion Conference held on 12/22/2020. Pre-motion conference held via Skype for Business. Attorneys Douglas Wigdor and Nelson Boxer present on behalf of Plaintiff (by video). Attorneys Randy Mastro and Declan Conroy present on behalf of Defendants (by video). Court reporter present (by telephone). The parties addressed Plaintiffs anticipated motion to amend his complaint and Defendants anticipated motion for summary judgment. The Court will issue a separate order setting forth the briefing schedule discussed during the conference and addressing Defendants request for a stay of discovery pending resolution of their motion for summary judgment.(Miller, Arielle) (Entered: 12/22/2020) |
| 12/22/2020 | 90 | ORDER, IT IS HEREBY ORDERED THAT the parties shall comply with the following briefing schedule on their contemplated motions: (1) by Friday, January 22, 2021, Plaintiff shall file his motion to amend his complaint and supporting brief, and Defendants shall file their motion for summary judgment and supporting brief and Rule 56.1 statement; (2) by Friday, February 19, 2021, each party shall file its opposition to the relevant motions; and (3) by Tuesday, March 2, 2021, each party shall file its reply brief. In the event that any party wishes to submit video evidence in connection with the motion for summary judgment, such videos shall be submitted in one of the following readily accessible file formats: MP4, MOV, WMV, FLV, or AVI. IT IS FURTHER ORDERED THAT discovery will be stayed pending the disposition of Defendants' motion for summary judgment. The Court finds that neither party will be prejudiced by such a stay, as Plaintiff may oppose summary judgment on the grounds that additional discovery is necessary, pursuant to Federal Rule of Civil Procedure 56(d). See, e.g., Papazian v. Sony Music Ent., No. 16-cv-07911 (RJS), 2017 WL 4339662, at *2 (S.D.N.Y. Sept. 28, 2017) ("Under Rule 56(d), the Court may order a continuance if a party opposing summary judgment shows by affidavit that it cannot present facts |

| | | |
|---|---|---|
| | | essential to justify its opposition to the motion" (internal quotation marks and alteration omitted)). SO ORDERED. ( Motions due by 1/22/2021., Responses due by 2/19/2021, Replies due by 3/2/2021.) (Signed by Judge Richard J. Sullivan, Sitting by Designation on 12/22/20) (yv) Modified on 1/21/2021 (yv). (Entered: 12/23/2020) |
| 12/24/2020 | 91 | LETTER MOTION to Stay *Defendants' time to serve their answer to Plaintiff's Amended Complaint* addressed to Judge Richard J. Sullivan from Randy M. Mastro dated December 24, 2020. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 12/24/2020) |
| 12/28/2020 | 92 | ORDER terminating 91 Letter Motion to Stay. IT IS HEREBY ORDERED THAT Defendants shall serve their answer to Plaintiff's Amended Complaint by Monday, January 11, 2021. The Court will consider any further extension once Defendants' counsel has learned of Plaintiff's position regarding any such extension. SO ORDERED. (Signed by Judge Richard J. Sullivan on 12/28/2020) (mml) (Entered: 12/28/2020) |
| 12/29/2020 | 93 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/22/2020 before Judge Richard J. Sullivan. Court Reporter/Transcriber: Vincent Bologna, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/19/2021. Redacted Transcript Deadline set for 1/29/2021. Release of Transcript Restriction set for 3/29/2021..(McGuirk, Kelly) (Entered: 12/29/2020) |
| 12/29/2020 | 94 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 12/22/20 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 12/29/2020) |
| 01/05/2021 | 95 | LETTER MOTION to Stay re: 36 Amended Complaint, - *Defendants' time to serve their answer to Plaintiff's Amended Complaint* addressed to Judge Richard J. Sullivan from Randy M. Mastro dated January 5, 2021. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 01/05/2021) |
| 01/05/2021 | 96 | MEMO ENDORSEMENT on re: 95 LETTER MOTION to Stay re: 36 Amended Complaint, - *Defendants' time to serve their answer to Plaintiff's Amended Complaint* addressed to Judge Richard J. Sullivan from Randy M. Mastro dated January 5, 2021. filed by The Madison Square Garden Company, MSG Sports & Entertainment, LLC, MSG Networks, Inc., James Dolan. ENDORSEMENT: IT IS HEREBY ORDERED THAT Plaintiff shall submit a response to this letter by Friday, January 8, 2021, setting forth his reasons for opposing Defendants' request to extend their time to answer Plaintiff's |

Case 23-1039, Document 4, 07/17/2023, 3544119, Page21 of 27

|  |  |  |
|---|---|---|
|  |  | Amended Complaint until two weeks after disposition of Defendants' motion for summary judgment. So Ordered., ( Responses due by 1/8/2021) (Signed by Judge Richard J. Sullivan, Sitting by Designation on 1/5/21) (yv) (Entered: 01/06/2021) |
| 01/06/2021 | 97 | NOTICE OF APPEARANCE by Akiva Shapiro on behalf of James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Shapiro, Akiva) (Entered: 01/06/2021) |
| 01/06/2021 | 98 | NOTICE OF APPEARANCE by Grace Elizabeth Hart on behalf of James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Hart, Grace) (Entered: 01/06/2021) |
| 01/08/2021 | 99 | LETTER addressed to Judge Richard J. Sullivan from Nelson A. Boxer dated January 8, 2021 re: Plaintiff Opposition. Document filed by Charles Oakley.. (Boxer, Nelson) (Entered: 01/08/2021) |
| 01/11/2021 | 100 | ORDER granting 95 Letter Motion to Stay. Defendants' request to stay their obligation to file an answer until after the Court resolves their motion for summary judgment is GRANTED. SO ORDERED. (Signed by Judge Richard J. Sullivan, Sitting by Designation on 1/11/21) (yv) (Entered: 01/11/2021) |
| 01/22/2021 | 101 | SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent The Madison Square Garden Company, Corporate Parent Madison Square Garden Entertainment Corp. for MSG Sports & Entertainment, LLC. Document filed by MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 01/22/2021) |
| 01/22/2021 | 102 | MOTION for Summary Judgment . Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 01/22/2021) |
| 01/22/2021 | 103 | MEMORANDUM OF LAW in Support re: 102 MOTION for Summary Judgment . . Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 01/22/2021) |
| 01/22/2021 | 104 | DECLARATION of Randy M. Mastro in Support re: 102 MOTION for Summary Judgment .. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Attachments: # 1 Exhibit 1- ESPN Broadcast, # 2 Exhibit 2- MSG Footage, # 3 Exhibit 3- NYT's Video, # 4 Exhibit 4- YouTube Video, # 5 Exhibit 5- MSG Security Footage, # 6 Exhibit 6- Ticket Language).(Mastro, Randy) (Entered: 01/22/2021) |
| 01/22/2021 | 105 | RULE 56.1 STATEMENT. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG |

| | | |
|---|---|---|
| | | Sports & Entertainment, LLC, The Madison Square Garden Company.. (Mastro, Randy) (Entered: 01/22/2021) |
| 01/22/2021 | 106 | MOTION for Leave to File Second Amended Complaint . Document filed by Charles Oakley..(Wigdor, Douglas) (Entered: 01/22/2021) |
| 01/22/2021 | 107 | MEMORANDUM OF LAW in Support re: 106 MOTION for Leave to File Second Amended Complaint . . Document filed by Charles Oakley..(Wigdor, Douglas) (Entered: 01/22/2021) |
| 01/22/2021 | 108 | DECLARATION of Renan F. Varghese in Support re: 106 MOTION for Leave to File Second Amended Complaint .. Document filed by Charles Oakley. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Varghese, Renan) (Entered: 01/22/2021) |
| 02/19/2021 | 109 | MEMORANDUM OF LAW in Opposition re: 106 MOTION for Leave to File Second Amended Complaint . . Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 02/19/2021) |
| 02/19/2021 | 110 | MEMORANDUM OF LAW in Opposition re: 102 MOTION for Summary Judgment . . Document filed by Charles Oakley..(Wigdor, Douglas) (Entered: 02/19/2021) |
| 02/19/2021 | 111 | RULE 56.1 STATEMENT. Document filed by Charles Oakley..(Wigdor, Douglas) (Entered: 02/19/2021) |
| 02/19/2021 | 112 | DECLARATION of Douglas H. Wigdor in Opposition re: 102 MOTION for Summary Judgment .. Document filed by Charles Oakley..(Wigdor, Douglas) (Entered: 02/19/2021) |
| 02/19/2021 | 113 | DECLARATION of Renan F. Varghese in Opposition re: 102 MOTION for Summary Judgment .. Document filed by Charles Oakley. (Attachments: # 1 Exhibit A).(Varghese, Renan) (Entered: 02/19/2021) |
| 02/19/2021 | 114 | DECLARATION of Charles Oakley in Opposition re: 102 MOTION for Summary Judgment .. Document filed by Charles Oakley..(Wigdor, Douglas) (Entered: 02/19/2021) |
| 02/22/2021 | 115 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Richard J. Sullivan from Renan F. Varghese dated February 22, 2021. Document filed by Charles Oakley..(Varghese, Renan) (Entered: 02/22/2021) |
| 02/23/2021 | 116 | ORDER granting 115 Letter Motion for Extension of Time to File Response/Reply re 115 LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Richard J. Sullivan from Renan F. Varghese dated February 22, 2021., 102 MOTION for Summary Judgment ., 106 MOTION for Leave to File Second Amended Complaint . IT IS HEREBY ORDERED THAT Plaintiff's request for an extension is GRANTED. Both parties' respective reply briefs shall be submitted by March 9, 2021. SO ORDERED. ( Replies due by 3/9/2021.) (Signed by Judge Richard J. Sullivan on 2/23/21) (yv) (Entered: 02/23/2021) |
| | | |

| 03/09/2021 | 117 | REPLY MEMORANDUM OF LAW in Support re: 106 MOTION for Leave to File Second Amended Complaint . . Document filed by Charles Oakley.. (Wigdor, Douglas) (Entered: 03/09/2021) |
| 03/09/2021 | 118 | REPLY MEMORANDUM OF LAW in Support re: 102 MOTION for Summary Judgment . . Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company.. (Mastro, Randy) (Entered: 03/09/2021) |
| 03/09/2021 | 119 | DECLARATION of DECLAN T. CONROY in Support re: 102 MOTION for Summary Judgment .. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company. (Attachments: # 1 Exhibit 1 - Video Clip (to be filed and served in hard copy)). (Conroy, Declan) (Entered: 03/09/2021) |
| 03/09/2021 | 120 | COUNTER STATEMENT TO 111 Rule 56.1 Statement. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 03/09/2021) |
| 11/08/2021 | 121 | OPINION AND ORDER re: 102 MOTION for Summary Judgment . filed by The Madison Square Garden Company, MSG Sports & Entertainment, LLC, MSG Networks, Inc., James Dolan, 106 MOTION for Leave to File Second Amended Complaint . filed by Charles Oakley. For the past three years, much ink has been spilled describing and characterizing what transpired between Charles Oakley and the security guards tasked with escorting him from Madison Square Garden during a Knicks game in February 2017. These descriptions and characterizations have had their place in the pleadings, in the Defendants' motions to dismiss, and on appeal. But at this stage of the proceedings, the case is no longer about words. It's about evidence. And the undisputed video evidence conclusively demonstrates that the Garden's security guards did not use excessive force as they escorted Oakley from the arena. To the contrary, the video clearly shows that: (1) the guards asked Oakley to leave; (2) they gave him a chance to leave; and (3) when he refused to leave, and in fact escalated the confrontation, they removed him from the Garden by using a degree of force that was indisputably reasonable and appropriate under the circumstances. No rational jury could conclude otherwise, and Oakley's previously offered versions of the events are so blatantly contradicted by the [video] record... that no reasonable jury could believe [them]. Scott, 550 U.S. at 380. Therefore, for the reasons stated above, IT IS HEREBY ORDERED THAT Defendants' motion for summary judgment is GRANTED. IT IS FURTHER ORDERED THAT Oakley's request for leave to file another amended complaint is DENIED. The Clerk of Court is respectfully directed to terminate the motions pending at docket numbers 102 and 106 and to close this case. SO ORDERED. Sitting by Designation. (Signed by Judge Richard J. Sullivan on 11/8/2021) (ate) (Entered: 11/08/2021) |
| 11/08/2021 | | Terminate Transcript Deadlines (ate) (Entered: 11/08/2021) |
| 11/08/2021 | | |

Case 23-1039, Document 4, 07/17/2023, 3544119, Page24 of 27

| | | |
|---|---|---|
| | | Transmission to Orders and Judgments Clerk. Transmitted re: 121 Memorandum & Opinion, to the Orders and Judgments Clerk. (ate) (Entered: 11/22/2021) |
| 11/22/2021 | 122 | CLERK'S JUDGMENT re: 121 Memorandum & Opinion, in favor of MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company, James Dolan against Charles Oakley. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated November 8, 2021, Defendants' motion for summary judgment is GRANTED. IT IS FURTHER ORDERED THAT Oakley's request for leave to file another amended complaint is DENIED; accordingly, this case is closed. (Signed by Clerk of Court Ruby Krajick on 11/22/2021) (Attachments: # 1 Notice of Right to Appeal) (dt) (Entered: 11/22/2021) |
| 11/24/2021 | 123 | NOTICE OF APPEAL from 122 Clerk's Judgment,, 121 Memorandum & Opinion,,,,,,,. Document filed by Charles Oakley. Filing fee $ 505.00, receipt number ANYSDC-25381687. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Wigdor, Douglas) Modified on 11/24/2021 (nd). (Entered: 11/24/2021) |
| 11/24/2021 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 123 Notice of Appeal,..(nd) (Entered: 11/24/2021) |
| 11/24/2021 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 123 Notice of Appeal, filed by Charles Oakley were transmitted to the U.S. Court of Appeals..(nd) (Entered: 11/24/2021) |
| 11/29/2021 | 124 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated November 29, 2021 re: pre-motion conference on sanctions. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 11/29/2021) |
| 12/02/2021 | 125 | LETTER addressed to Judge Richard J. Sullivan from Nelson A. Boxer dated 12/2/2021 re: Plaintiff's Response to Defendants' Letter seeking a Pre-Motion Conference for their anticipated Motion for Sanctions. Document filed by Charles Oakley..(Boxer, Nelson) (Entered: 12/02/2021) |
| 12/03/2021 | 126 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated December 3, 2021 re: pre-motion conference on sanctions. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 12/03/2021) |
| 12/03/2021 | 127 | LETTER addressed to Judge Richard J. Sullivan from Nelson A. Boxer dated 12/3/2021 re: Opposition to Document 126. Document filed by Charles Oakley..(Boxer, Nelson) (Entered: 12/03/2021) |
| 12/20/2021 | 128 | ORDER: The Court is in receipt of Defendants' letter, dated November 29, 2021, requesting a conference to discuss a potential motion for sanctions (Doc. No. 124), as well as Plaintiff's response, dated December 2, 2021 (Doc. No. 125), and additional letters by both parties dated December 3, 2021 (Doc Nos. |

| | | |
|---|---|---|
| | | 126, 127). IT IS HEREBY ORDERED that the parties shall appear before the Court on Monday, January 3, 2022, at 11:00 a.m., for a pre-motion conference. The conference shall take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#. SO ORDERED., ( Pre-Motion Conference set for 1/3/2022 at 11:00 AM in Courtroom 21C, 500 Pearl Street, New York, NY 10007 before Judge Richard J. Sullivan.) (Signed by Judge Richard J. Sullivan on 12/20/2021) (ama) (Entered: 12/20/2021) |
| 12/22/2021 | 129 | NOTICE OF APPEARANCE by Michael Steven Ross on behalf of Douglas H. Wigdor..(Ross, Michael) (Entered: 12/22/2021) |
| 01/01/2022 | 130 | NOTICE OF APPEARANCE by Eugene Alexander Gormakh on behalf of Douglas H. Wigdor..(Gormakh, Eugene) (Entered: 01/01/2022) |
| 01/01/2022 | 131 | ORDER: As previously ordered (Doc. No. 128), the Court will conduct a pre-motion conference on Monday, January 3, 2022 at 11:00 a.m. in connection with Defendants' contemplated motion for sanctions. In light of the recent surge in COVID-19 cases, IT IS HEREBY ORDERED THAT the conference will take place via ZoomGov videoconference. The Court will email the parties directly with instructions for accessing the conference in due course. No later than 9:00 a.m. on January 3, 2022, the parties shall email to the Court a list of the names and email addresses of persons who anticipate speaking during the videoconference, as well as the phone numbers of those who will be participating via telephone conference. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#. Sitting by Designation. (Signed by Judge Richard J. Sullivan on 12/30/2021) (ate) (Entered: 01/03/2022) |
| 01/03/2022 | 132 | Minute Entry for proceedings held before Judge Richard J. Sullivan: Pre-Motion Conference held on 1/3/2022. Pre-motion conference held via ZoomGov videoconference. Attorneys Nelson Boxer, Michael Ross, Eugene Gormakh, Renan Varghese, and John Allen present on behalf of Plaintiff (by video). Attorneys Randy Mastro, Akiva Shapiro, and Declan T. Conroy present on behalf of Defendants (by video). Court reporter present (by telephone). The parties addressed Defendants' contemplated motion for sanctions. The Court directed the parties to submit a joint letter within seven days of the 2nd Circuit's resolution of Plaintiff's pending appeal.(Court Reporter Steven Greenblum)(Submitted by RJS Chambers) (Entered: 01/03/2022) |
| 01/04/2022 | 133 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro dated January 4, 2022 re: delay of formal filing of sanctions motion. Document filed by James Dolan(in his professional capacity), James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 01/04/2022) |
| 01/05/2022 | 134 | LETTER addressed to Judge Richard J. Sullivan from Nelson A. Boxer dated January 5, 2022 re: Timing of Defendant's Rule 11 motion. Document filed by Charles Oakley..(Boxer, Nelson) (Entered: 01/05/2022) |
| | | |

| 01/11/2022 | 135 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/3/2022 before Judge Richard J. Sullivan. Court Reporter/Transcriber: Steven Greenblum, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/1/2022. Redacted Transcript Deadline set for 2/11/2022. Release of Transcript Restriction set for 4/11/2022..(Moya, Goretti) (Entered: 01/11/2022) |
|---|---|---|
| 01/11/2022 | 136 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/3/21 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 01/11/2022) |
| 05/05/2023 | 137 | TRUE COPY ORDER of USCA as to 123 Notice of Appeal, filed by Charles Oakley. USCA Case Number 21-2939. UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the order entered on November 22, 2021, is VACATED and the case REMANDED for further proceedings consistent with this Order.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 4/25/2023..(nd) (Entered: 05/05/2023) |
| 05/05/2023 |  | Transmission of USCA Order to the District Judge re: 137 USCA Order,..(nd) (Entered: 05/05/2023) |
| 05/18/2023 | 138 | NOTICE OF APPEARANCE by Casey Kyung-Se Lee on behalf of James Dolan(in his professional capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Lee, Casey) (Entered: 05/18/2023) |
| 05/18/2023 | 139 | NOTICE OF APPEARANCE by Lauren Kobrick Myers on behalf of James Dolan(in his individual capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Myers, Lauren) (Entered: 05/18/2023) |
| 05/26/2023 | 140 | MANDATE of USCA (Certified Copy) as to 123 Notice of Appeal, filed by Charles Oakley. USCA Case Number 21-2939. UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the order entered on November 22, 2021, is VACATED and the case REMANDED for further proceedings consistent with this Order. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 05/26/2023..(nd) (Entered: 05/26/2023) |
| 05/26/2023 |  | Transmission of USCA Mandate to the District Judge re: 140 USCA Mandate,..(nd) (Entered: 05/26/2023) |
| 05/30/2023 | 141 | ORDER: In light of the Second Circuit's decision in Oakley v. Dolan, No. 21-2939, 2023 WL 3263618 (2d Cir. May 5, 2023), IT IS HEREBY ORDERED THAT the parties shall submit a joint letter proposing next steps in this case. |

| | | |
|---|---|---|
| | | To the extent the parties disagree on one or more issues, the parties should set forth their respective positions as to each disputed issue in separately designated sections of the joint letter. The letter shall be filed on the docket no later than Friday, June 16, 2023. (Signed by Judge Richard J. Sullivan on 5/30/2023) Sitting by Designation. (ate) (Entered: 05/30/2023) |
| 06/13/2023 | 142 | NOTICE OF APPEARANCE by Marjorie Mesidor on behalf of Charles Oakley..(Mesidor, Marjorie) (Entered: 06/13/2023) |
| 06/13/2023 | 143 | ORDER: Accordingly, because Oakley has failed to provide an objective basis to support recusal, the Court is obliged to deny Oakleys motion. (Signed by Judge Richard J. Sullivan on 6/13/2023) Sitting by Designation. (ate) (Entered: 06/13/2023) |
| 06/13/2023 | 144 | LETTER addressed to Judge Richard J. Sullivan from Randy M. Mastro, Esq. dated 6/2/2023 re: Opposing letter request from Plaintiff Charles Oakley's counsel seeking recusal dated 6/1/2023 (Filed as directed by Order filed 6/13/23,ECF Doc No. 143). Document filed by James Dolan(in his professional capacity), MSG Networks, Inc., MSG Sports & Entertainment, LLC, The Madison Square Garden Company..(Mastro, Randy) (Entered: 06/13/2023) |
| 06/14/2023 | 145 | LETTER addressed to Judge Richard J. Sullivan from Douglas H. Wigdor dated June 1, 2023 re: Request for Recusal. Document filed by Charles Oakley..(Wigdor, Douglas) (Entered: 06/14/2023) |
| 06/16/2023 | 146 | JOINT LETTER addressed to Judge Richard J. Sullivan from Douglas H. Wigdor dated June 16, 2023 re: Letter Proposing Next Steps Pursuant to Dkt. No. 141. Document filed by Charles Oakley..(Wigdor, Douglas) (Entered: 06/16/2023) |
| 06/26/2023 | 147 | ORDER: Accordingly, IT IS HEREBY ORDERED THAT Oakley's request for a stay of the proceedings pending resolution of his contemplated petition for a writ of mandamus is DENIED. IT IS FURTHER ORDERED THAT Oakley shall file his motion to amend his complaint by July 24, 2023, Defendants shall file their opposition brief by August 24, 2023, and Oakley shall file his reply brief by September 15, 2023. IT IS FURTHER ORDERED THAT discovery shall be stayed pending the Court's decision on Oakley's motion to amend. ( Motions due by 7/24/2023., Replies due by 9/15/2023., Responses due by 8/24/2023) (Signed by Judge Richard J. Sullivan on 6/26/2023) Sitting by Designation. (ate) (Entered: 06/26/2023) |